# IN THE JUSTICE COURT OF RANKIN COUNTY, MISSISSIPPI

Garvin Glass
Plaintiff

VS

NO: 2019-7633

Ford Motor Company
Defendant

## DECLARATION

1. The plaintiff's name, address and telephone number(s) are:

Name: Garvin Glass
Address: 500 Avalon Way 1514
City, State & Zip Code: Brandon MS 39047
Telephone Number(s): (313) 348-9068

2. The defendant's name, address and telephone number(s) are:

Name: Ford Motor Company
Address: 1 American Road
City, State & Zip Code: Dearborn MI 48126
Telephone Number(s): _____

3. The defendant's place of business and business address (if known):

Place of Business (Employment): _____
Address: _____
City, State & Zip Code: _____

4. The defendant(s) is indebted to the plaintiff in the amount of $3500.00

5. The basis for plaintiff's claim against the defendant(s) is:
I was overcharged for my retire optional life insurance policy which was modified in July 2019, However the company charged me from Jan 2019 - June 2019

Garvin Glass
Plaintiff

Sworn to and subscribed before me this ____ day of _____, 2019

Tracy Commans da
Justice Court Clerk/Notary

# JUSTICE COURT SUMMONS

STATE OF MISSISSIPPI                                Docket 2019 Page    7633

TO ANY LAWFUL OFFICER OF

    This is to command you to summon:
FORD MOTOR COMPANY
1 AMERICAN RD
DEARBORN MI 48126

to appear before a Justice Court Judge of Rankin County, at 117 North Timber, 2nd Floor, Brandon, MS, on the 2nd day of March A.D. 2020 at 09:00 A.M. to answer the Suit of

    GLASS GARVIN
    500 AVALON WAY #1514
    BRANDON MS 39047

    313 348 9068

and have there then this writ.

    Witness my hand, this 27th day of December A.D. 2019.

```
**************************************************************
* NOTICE TO YOU THE DEFENDANT: You are being sued. It is      *
* mandatory that you be in Court on the date and time that you*
* have been summoned for if you wish to contest this suit.    *
*                                                             *
* 11-9-127. On return day of the summons, unless continued,   *
* the Justice Court Judge shall hear and determine the cause  *
* if both parties appear; give judgment by default if the     *
* defendant fails to appear and contest plaintiff's demand, or*
* judgment of nonsuit against the plaintiff if he fails to    *
* appear and prosecute his claim;                             *
*                                                             *
* IT IS IMPORTANT THAT YOU BE AWARE OF THE ABOVE INFORMATION  *
**************************************************************
```

    Jessica Massey, Justice Court Clerk

    _Tracy Conrans_ dc
    By: Deputy Clerk

Rankin County Justice Court
Post Office Box 71
Brandon, Mississippi 39043
(601) 824-2665